JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLY ESMERALDA MOREJON GONZALEZ, | Case No. EDCV 26-1348-AS |
| Petitioner, | **JUDGMENT** |
| v. | |
| ACTING WARDEN OF THE ADELANTO DETENTION CENTER, et al., | |
| Respondents. | |

Pursuant to the Memorandum Decision and Order.

IT IS ADJUDGED that the Petition is GRANTED.

DATED: April 29, 2026

_____/s/_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE